O

**Sergio A. Castaneda      (SBN  208642)**
**Jason C. Ming             (SBN  219745)**
**Jacqueline Kojikian       (SBN  249335)**
**CASTANEDA & ASSOCIATES, P.L.C.**
A Professional Law Corporation
350 South Grand Avenue, Suite 2220
Los Angeles, CA 90071
Tel:   (213) 488-3341   Fax: (213) 488-3471
Jason@castanedalaw.com
Jacque@castanedalaw.com

Attorneys for Defendants,
**DULCES TOPI S.A. de C.V.**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| DULCES TOPI S.A. de C.V. a Mexican co,<br><br>        Plaintiff(s),<br><br>    vs.<br><br>MANDISA, INC., a California corporation d/b/a MANDISA L.A. INC.; and DOES 1 through 100<br><br>        Defendant(s).<br>_____<br><br>MANDISA, INC., a California corporation.<br><br>        Cross-Complainant<br><br>    vs.<br><br>DULCES TOPI S.A. de C.V. a Mexican co.; and DOES 1-10, inclusive,<br><br>        Cross-Defendant | Case No. EDCV 07-01581-SGL (OPx)<br><br><br>**ORDER RE: AMENDED JOINT STIPULATION TO CONTINUE THE TRIAL DATE AND ALL TRIAL-RELATED DEADLINES, INCLUDING DISOCVERY AND MOTION CUT-OFF DATES**<br><br><br>NOTE: CHANGES MADE BY THE COURT |

After consideration of the Plaintiff's and Defendant's Joint Stipulation to continue

the trial date originally set for January 27, 2009, (and all trial related deadlines,

**[PROPOSED] ORDER RE: AMENDED JOINT STIPULATION TO CONTINUE TRIAL AND ALL TRIAL-RELATED DEADLINES**

1  including discovery and motion cut-off dates) to March 30, 2009, it is hereby

2  ORDERED that the above-referenced Joint Stipulation is GRANTED as follows:

3       1.      The trial date originally set for January 27, 2009 is continued to March

4

5  31, 2009, at 9:30 a.m.  All trial-related deadlines, including discovery and motion

6  cut-off dates are also continued, calculated according to the new trial date.

7

8       2.      Estimate Length of Trial 3-5 Days.

9       3.      Hearing on Motion in Limine; Hearing on Disputed Jury Instructions

10  originally set for January 12, 2009, is continued to March 23, 2009 at 10:00 a.m.

11       4.      Final Pretrial Conference, LR 16-8 originally set for January 12, 2009

12  is continued to March 9, 2009, at 11:00 a.m.

13       5.      Lodge Pretrial Conference Order, LR 16-7, 16-7.1 to 16.72.; File

14  Contentions of fact and law, LR 16-2.8, 16.4; Exhibit & Witness Lists, LR 16-5 to

15  16-6; File Status Report regarding Settlement; File Rule 26(e) (1) Supplementation;

16  File Agreed Upon Set of Jury Instructions and Verdict Forms LR 49-1 to 49-2, 51-1

17  to 51-5.1; File Joint Statement regarding Disputed Instructions, Verdicts, Motions in

18  Limine to be filed, originally set for December 19, 2008 is continued to February

19  26, 2009.

20       6.      A stipulation was granted by Magistrate Judge Oswald Parada to

21  continue the Settlement Conference originally set for October 23, 2008 to January

22  29, 2009.

23       7.      Last day to conduct Settlement Conference originally set for December

24  1, 2008 is continued to January 29, 2009.

25  ///

26  ///

27  ///

28  ///

CASTANEDA & ASSOCIATES
A PROFESSIONAL LAW CORPORATION
350 South Grand Avenue │ Suite 2220
Los Angeles, CA 90071
T (213) 488.3341   F (213) 488-3471

1014-001

– 2 –

**[PROPOSED ] ORDER RE: AMENDED JOINT STIPULATION TO CONTINUE TRIAL AND ALL TRIAL-RELATED DEADLINES**

8.      Last date for hearing Motion, LR 7.2, et seq. originally set for December 15, 2008 is continued to February 9, 2009 at 10:00 a.m.

9.      Discovery Cut-Off Date originally set for December 1, 2008 is extended to February 1, 2009.

NOTE: CHANGES MADE BY THE COURT

Dated: November 09, 2008

**Hon. Stephen Larson**
UNITED STATES DISTRICT JUDGE

CASTANEDA & ASSOCIATES
A PROFESSIONAL LAW CORPORATION
350 South Grand Avenue │ Suite 2220
Los Angeles, CA 90071
T (213) 488-3341  F (213) 488-3471

1014-001

– 3 –
**[PROPOSED ] ORDER RE: AMENDED JOINT STIPULATION TO
CONTINUE TRIAL AND ALL TRIAL-RELATED DEADLINES**

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 350 South Grand Avenue, Suite 2220, Los Angeles, CA 90071.

On, **November 6, 2008,** the foregoing document described as **[PROPOSED] ORDER RE: AMENDED JOINT STIPULATION TO CONTINUE TRIAL AND ALL TRIAL-RELATED DEADLINES** on the parties to this action as follows:

**SEE ATTACHED SERVICE LIST**

[X]    **(BY MAIL)**
I placed said document in an envelope addressed as shown on the service list. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service.  Under that practice, said correspondence will be deposited with the United States Postal Service the same day in the ordinary course of business.  I sealed said envelope and placed it for collection and mailing on the date stated below to the addressed stated on the attached service list, following the firm's ordinary business practices

[X]    **(BY FACSIMILE)**
Said document was transmitted by facsimile machine to the address (es) on the service list at the facsimile numbers listed therein.  I am readily familiar with my firm's practice for transmissions by facsimile.  Said transmissions are sent as soon as possible and are repeated, if necessary, until they are reported as complete and without error.  In sending said document by facsimile, I followed the firm's ordinary business practices.  The original fax transmission confirmation reports of said transmissions are attached hereto.

[ ]    **(BY PERSONAL SERVICE)** I caused said document(s) to be delivered to the addresses listed on the attached Service List. (Messenger/Courier)

[ ]    **(ELECTRONIC MAIL)**
I transmitted a true and correct copy of said document to the addressees on the service list via Electronic Mail.

[X]    **FEDERAL COURT**  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **November 6, 2008**, at Los Angeles, California

_____
                                **Cynthia Elias, Declarant**

CASTANEDA & ASSOCIATES
A PROFESSIONAL LAW CORPORATION
350 South Grand Avenue   Suite 2220
Los Angeles, CA 90071
T (213) 488-3341  F (213) 488-3471

1014-001

– 4 –

**[PROPOSED ] ORDER RE: AMENDED JOINT STIPULATION TO CONTINUE TRIAL AND ALL TRIAL-RELATED DEADLINES**

**SERVICE LIST**

**SUPERIOR COURT OF CALIFORNIA**
**CENTRAL DISTRICT OF CALIFORNIA**

Case No.: EDCV 07-01581-SGL

Glenn A. Besnyl, Esq.
Attorney at Law
750 N. Diamond Bar Blvd., Suite 104
Diamond Bar, CA 91765
Tel:    (909) 396-0884
Fax:    (909) 396-0734
E-mail:  gab1law@msn.com

**Attorney for Defendant(s), Mandisa, Inc.**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CASTANEDA & ASSOCIATES
A PROFESSIONAL LAW CORPORATION
350 South Grand Avenue  |  Suite 2220
Los Angeles, CA 90071
T (213) 488-3341   F (213) 488-3471

1014-001

– 5 –

**[PROPOSED ] ORDER RE: AMENDED JOINT STIPULATION TO**
**CONTINUE TRIAL AND ALL TRIAL-RELATED DEADLINES**